1

2

3

4

5

6

7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA**

8

9  AMERICAN GENERAL HOME EQUITY
   INC. a Delaware corporation,                    **NO.  C05-5118FDB**

10
                              Plaintiff,            **ORDER OF DISMISSAL**

11          v.

12
   JESSE KATE TEAL, a single person;
13  THE TEAL FAMILY TRUST; D. SCOTT
   HEINEMAN, as Trustee of the Teal Family          *Clerk's Action Required*
14  Trust; KURT F. JOHNSON, as Trustee of the
   Teal Family Trust; D. SCOTT HEINEMAN,
15  Trustee, as Attorney-in-Fact for Jessie K. Teal
   AND KURT F. JOHNSON, Trustee, as
16  Attorney-in-Fact for Jessie K. Teal of the Teal
   Family Trust; and D. SCOTT HEINEMAN and
17  JANE DOE HEINEMAN, husband and wife,
   and the marital community composed thereof,
18  AND KURT F. JOHNSON and JANE DOE
   JOHNSON, husband and wife, and the marital
19  community composed thereof,

20

21
                              Defendants.
22

23          THIS  MATTER  came  before  the  Court  on  Plaintiff's  Motion  for  Voluntary

24  Dismissal of defendant Jesse Kate Teal.  The Court considered the Motion and the files and

25

26

ORDER TO DISMSS JESSE KATE TEAL - 1

**BERESFORD • BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

40180.07

1  records in this matter and finds that Jesse Kate Teal has not appeared, answered, or filed

2  any counterclaim and finds that Plaintiff's motion should therefore be granted in

3  accordance with Fed. R. Civ. P. 41.  NOW, THEREFORE, it is hereby

4        ORDERED that Jesse Kate Teal is dismissed as a defendant with prejudice

5  and without costs to either party.

6

7        DATED this 13th day of December 2006.

8

9

10

11        FRANKLIN D. BURGESS
         UNITED STATES DISTRICT JUDGE

12

13

14

   Presented by:

15

16  BERESFORD BOOTH PLLC

17

18  _____
             /s/
19  By:  Hillary J. Evans, WSBA No. 35784

20

21

22

23

24

25

26

ORDER TO DISMSS JESSE KATE TEAL - 2

**BERESFORD • BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
40180.07         (425) 776-4100 · (425) 776-1700 fax