IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| AMERICAN GENERAL HOME EQUITY INC. a Delaware corporation,<br><br>       Plaintiff,<br><br>  v.<br><br>JESSE KATE TEAL, a single person; THE TEAL FAMILY TRUST; D. SCOTT HEINEMAN, as Trustee of the Teal Family Trust; KURT F. JOHNSON, as Trustee of the Teal Family Trust; D. SCOTT HEINEMAN, Trustee, as Attorney-in-Fact for Jessie K. Teal AND KURT F. JOHNSON, Trustee, as Attorney-in-Fact for Jessie K. Teal of the Teal Family Trust; and D. SCOTT HEINEMAN and JANE DOE HEINEMAN, husband and wife, and the marital community composed thereof, AND KURT F. JOHNSON and JANE DOE JOHNSON, husband and wife, and the marital community composed thereof,<br><br>       Defendants. | NO.  C05-5118FDB<br><br>ORDER |

  THIS MATTER came before the Court on Plaintiff's Motion for Voluntary Dismissal of All Claims.  The Court considered the Motion and the files and records in this

ORDER - 1

40180.07

BERESFORD • BOOTH PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax

matter and finds that the defendants have not answered or filed any counterclaim, and that and that Plaintiff's motion should therefore be granted in accordance with Fed. R. Civ. P. 41. NOW, THEREFORE, it is hereby

ORDERED that this action is dismissed without prejudice and without costs to either party.

DATED this 1st day of May 2006.

FRANKLIN D. BURGESS

UNITED STATES DISTRICT JUDGE

*Presented by:*

BERESFORD BOOTH PLLC

By: _____
David C. Tingstad, WSBA No. 26152
Hillary J. Evans, WSBA No. 35784
Counsel for plaintiff

ORDER - 2

40180.07

**BERESFORD • BOOTH** PLLC
145 THIRD AVENUE SOUTH, SUITE 200
EDMONDS, WASHINGTON 98020
(425) 776-4100 · (425) 776-1700 fax